# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Louis Lanni,<br><br>                    Debtor. | Case No. 23-11122-mdc<br><br>Chapter 13 |

## Entry of Appearance and Request for Notices

To the Clerk of Court:

**PLEASE TAKE NOTICE** that the undersigned attorney is counsel on behalf of David Fasone, a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code § § 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to Cibik Law, P.C., at the address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Date: June 26, 2023

CIBIK LAW, P.C.
*Counsel for Creditor David Fasone*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com