**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| LOUIS D. LANNI | : |
| xxx-xx-3286 | :CHAPTER 13 |
|               Debtor. | :CASE NO. 23-11122/MDC |
| _____ | : |
| | : |
| U.S. Bank National Association as | : |
| Legal Title Trustee for Truman 2016 | : |
| SC6 Title Trust | : |
|               Movant, | : |
| v. | : |
| | : |
| LOUIS D. LANNI | : |
| | : |
|               Debtor, | :Courtroom #2 |
| And | : |
| | : |
| Kenneth E. West, Esquire | : |
| | : |
|               Respondents. | : |
| | : |
| _____ | : |

CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by mailing, true and correct copies of: Letter Brief in response to Debtor's opposition to Court Order granting last settlement terms as to the turnover of funds by the Chapter 13 Trustee as follows:

Date Served: November 20, 2023

*Debtor*
Louis D. Lanni, Jr.
914 Clinton Street
Philadelphia, PA 19107

*US Trustee – **only served via ECF Filing***
United States Trustee
U.S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

*Chapter 13 Trustee*
Kenneth E. West
Ch. 13 Standing Trustee
PO Box 40837
Philadelphia, PA 19107

*Attorney for Debtor*
Maggie S. Soboleski
Center City Law Offices, LLC
2705 Bainbridge Street
Phila, PA  19146

Capital One Bank
15000 Capital One Drive
Richmond, VA 23238

David Fasone
1123 McClellan Street
Philadelphia, PA 19146

Attn: Michelle Allen
Bankruptcy Specialist
Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

Verizon - c/o American InfoSource
Attn: Ashley Boswell
Bankruptcy Sr. Specialist
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Attn: Ally Financial Department
AIS Portfolio Services, LLC
Account: xxxxxxxx8500
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Capital One N.A.
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

       I hereby certify under penalty of perjury that the foregoing it true and correct.

Dated:  November 20, 2023                    /S/EMMANUEL J. ARGENTIERI
                                                                                          EMMANUEL J. ARGENTIERI

Romano Garubo & Argentieri
*Counselors at Law, LLC*
52 Newton Ave
P.O. Box 456
Woodbury, NJ  08096
eargentieri@rgalegal.com
Office: 856.384.1515 ext. 112
Fax: 856.384.6371