IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 23-11122-mdc |
| LOUIS LANNI, | Chapter 13 |
| Debtor. | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the First Fee Application of Center City Law Offices, LLC, as Counsel for the Debtor, and after notice and no objections filed thereto, it is hereby ORDERED that:

1. The Fee Application of Center City Law Offices is APPROVED.

2. Center City Law Offices, LLC is allowed compensation in the amount of $1,125.00 for services rendered which shall be paid to Center City Law Offices, LLC for the period April 18, 2023 through October 30, 2023.

3. Fees to be paid from the funds being held by the chapter 13 Trustee.

BY THE COURT,

_____
Honorable Magdeline D. Coleman
Chief, United States Bankruptcy Judge