IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LOUIS LANNI,

     Debtor.

Case No. 23-      23-11122-mdc

Chapter 13

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, this _____15th____ day of _____February_____, 2024, upon consideration of the

Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee (the "Trustee") and after notice

and a hearing and no objections filed thereto, it is hereby ORDERED that:

1. The chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy

   Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the

   possession of the Trustee shall not revest in the entity in which such property was vested

   immediately before the commencement of the case.  All other property of the estate shall

   revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for

   allowance of professional fees) shall be filed within twenty (20) days of the entry of this

   Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all

   interested parties within five (5) days of the entry of this Order.  Within thirty (30) days

after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor's Counsel have been filed, set a hearing thereon or, if no such applications have been filed be authorized to return such funds to Debtor, pursuant to 11 U.S.C. §1326(a)(2).

BY THE COURT,

_____
Honorable Magdeline D. Coleman
Chief, United States Bankruptcy Judge