United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11122-mdc |
| Louis Lanni | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 16, 2024 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis Lanni, 914 Clinton Street, Philadelphia, PA 19107-6108 |
| 14776565 | + | DAVID FASONE, 1123 MCCLELLAN STREET, Philadelphia, PA 19148-2101 |
| 14793527 | + | David Fasone, c/o Michael I. Assad, Esq, 1500 Walnut Street, Ste 900, Philadelphia, PA 19102-3518 |
| 14776567 | + | ROMANO GARUBO AND ARGIENTIERI, 52 NEWTON AVE, P.O. BOX 456, Woodbury, NJ 08096-7456 |
| 14774837 | + | U.S. Bank National Association, c/o Emmanuel J. Argentieri, Esq, 52 Newton Avenue, P O Box 456, Woodbury NJ 08096-7456 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 17 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 17 2024 00:21:13 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 17 2024 00:19:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14775702 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 17 2024 00:21:32 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14776563 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2024 00:21:22 | CAPITAL ONE BANK, 15000 CAPITAL ONE DRIVE, Richmond, VA 23238 |
| 14776564 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2024 00:34:22 | CAPITAL ONE BANK, P. O. BOX 31293, Salt Lake City, UT 84131-0293 |
| 14821166 | | Email/Text: megan.harper@phila.gov | Feb 17 2024 00:19:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14818392 | | Email/Text: megan.harper@phila.gov | Feb 17 2024 00:19:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14800727 | | Email/Text: megan.harper@phila.gov | Feb 17 2024 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14783638 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2024 00:21:22 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 14776566 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2024 00:19:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 14776568 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 17 2024 00:19:00 | RUSHMORE LOAN MANAGEMENT SERVICES, LLC, CUSTOMER CARE DEPT, P.O. BOX 55004, Irvine, CA 92619-5004 |
| 14790476 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 17 2024 00:19:00 | U.S. Bank National Association as Legal Title Trus, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14776569 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 17 2024 00:19:00 | VERIZON, P.O. BOX 650584, Dallas, TX 75265-0584 |
| 14790373 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2024 00:21:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | David Fasone, 1123 McClellan Street, Philadelphia, PA 19148-2101 |
| 14790477 | *+ | U.S. Bank National Association as Legal Title Trus, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

**Name**                **Email Address**

EMMANUEL J. ARGENTIERI
                on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

KENNETH E. WEST
                ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
                on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MAGGIE S SOBOLESKI
                on behalf of Debtor Louis Lanni msoboles@yahoo.com 3532@notices.nextchapterbk.com

MICHAEL I. ASSAD
                on behalf of Creditor David Fasone help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 16, 2024 | Form ID: pdf900 | Total Noticed: 21

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LOUIS LANNI,<br><br>Debtor. | Case No. 23- 23-11122-mdc<br><br>Chapter 13 |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, this ____15th____ day of ____February____, 2024, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee (the "Trustee") and after notice and a hearing and no objections filed thereto, it is hereby ORDERED that:

1. The chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days

after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor's Counsel have been filed, set a hearing thereon or, if no such applications have been filed be authorized to return such funds to Debtor, pursuant to 11 U.S.C. §1326(a)(2).

BY THE COURT,

_____
Honorable Magdeline D. Coleman
Chief, United States Bankruptcy Judge