**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 23-11122-mdc/amc |
| LOUIS LANNI, | Chapter 13 |
| Debtor. | |

### CERTIFICATE OF NO RESPONSE AS TO THE APPLICATION FOR FEES FOR CENTER CITY LAW OFFICES, LLC AS COUNSEL FOR THE DEBTOR

The Debtor, Louis Lanni, hereinafter referred to as the "Debtor" by and through his counsel, Center City Law Offices, LLC, hereby makes this certification pursuant to Local Bankruptcy Rule 2016-1(f) and in support thereof represents as follows:

1. A First Fee Application for CENTER CITY LAW OFFICES, LLC as Counsel for the Debtor, (the "Application") was filed on November 8, 2024.

2. The Office of the U.S. Trustee was served with the Application on this same date.

3. More than fourteen (14) calendar days have passed since the Application was filed and served on the parties as required and as of today's date no answer, objection, or other responsive pleading has been received opposing the First Fee Application for the Counsel for the Debtor.

1

WHEREFORE, the Debtor prays for the entry of an Order approving the First Fee Application of Center City Law Offices, LLC as Substitute Counsel for the Debtor in the amount of $1,125.00 to be paid by the Chapter 13 Trustee from the funds being held by the Chapter 13 Trustee.

    Respectfully submitted:

    CENTER CITY LAW OFFICES, LLC

BY:    */s/Maggie S. Soboleski*
        MAGGIE S. SOBOLESKI
        Identification No. 88268
        2705 Bainbridge Street
        Philadelphia, PA  19146
        Tel: (215)620-2132
        *Counsel to the Debtor*