IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LOUIS LANNI,           :
       DEBTOR.              :        CHAPTER 13
                            :        NO.:  23-11122 (AMC)
                            :
_____

## CERTIFICAT OF SERVICE

I, Maggie S. Soboleski, Esquire, attorney for the DEBTOR in the above matter, hereby certify that on **NOVEMBER 8, 2023**, the First Application for Compensation for Debtor's Counsel was served upon all parties in interest via the court's electronic filing system and all those required to be served under the local rules.

    Respectfully submitted,

    *CENTER CITY LAW OFFICES, LLC*

    By:***Maggie S. Soboleski***
    Pa. Id. No.: 88268
    2705 Bainbridge Street
    Philadelphia, PA 19146
    Tele.: 215-620-2132